Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa
_____ Division

| | |
|---|---|
| Adam Lee Eddingfield<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>El Fogon Mexican Bar & Grill<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Adam L Eddingfield |
| Street Address | 4505 PALM DR |
| City and County | Bettendorf, SCOTT COUNTY |
| State and Zip Code | IA 52722 |
| Telephone Number | (757)613-4721 |
| E-mail Address | Adam.eddingfield@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                              El Fogon Mexican Bar & Grill

    Job or Title *(if known)*      Roberto Orozco, Owner

    Street Address             4590 WYNDHAM RD

    City and County          Bettendorf, SCOTT COUNTY

    State and Zip Code      IA 52722

    Telephone Number      (563)286-9547

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title III of the Americans with Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. § 12181- 12189

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

    *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Enclosure (1)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Enclosure (2)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    June 2, 2025

Signature of Plaintiff    _A Eddingfield ale_

Printed Name of Plaintiff    Adam L Eddingfield

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

## III. Statement of Claim

1. Background - The Plaintiff is a 24-year retired Veteran of the United States Navy who has a 100% service-connected disability rating through Veterans Affairs (VA) with a 70% rating for post-traumatic stress disorder with mild traumatic brain injury.

2. The Plaintiff has depression, anxiety, ADHD, and prior suicidal ideations for which he receives weekly, psychiatric treatment and under the care of a VA psychiatrist in Davenport, IA since his retirement in 2019.

3. The Plaintiff has a mental impairment that substantially limits one or more major life activities such as impaired impulse control and difficulty in adapting to stressful circumstances.

4. Accordingly, he is a person with a disability within the meaning of 42 U.S.C. § 12102 and 28 C.F.R. § 36.105.

5. The Plaintiff's disability allows the use of a service animal who performs psychiatric tasks such as crowd blocking, deep pressure therapy, interrupting harmful behaviors, and grounding.

6. On Monday, April 28, 2025 at about 1:30 pm, the Plaintiff arrived at El Fogon Mexican Bar & Grill with Daughter 1 (aged 18) and Daughter 2 (aged 16) who stayed in the vehicle.

7. Plaintiff entered the restaurant and spoke with Owner near the cash register counter. When Owner noticed the dog, Plaintiff explained he was a service animal, to which Defendant replied "Ok but if he acts up, I'm going to kick you out."

8. Owner chose to sit Plaintiff on the outdoor patio which Plaintiff knew was unlawful but said nothing due to his disability.

9. Several minutes passed with no incident with Plaintiff being served chips & salsa and water.

Enclosure (1)                                                                 Page 1 of 2

10. Plaintiff then stood up with his service animal and walked to the corner of the patio about 25 feet away from the table to motion to his Daughters to come in.

11. Within seconds, a female Waitress approached Plaintiff demanding a Bettendorf service animal card and questioning where its vest was, within hearing distance of all customers on the patio and at the main entrance that was behind Plaintiff.

12. Plaintiff attempted to explain that no such card existed and a vest was not required per federal law.

13. Waitress continued to demand a Bettendorf service animal card and finally ended the conversation telling the Plaintiff he had to leave.

14. Prior to leaving, Plaintiff spoke with Owner concerning the previous conversation mentioned in paragraph 7. and was now being kicked out by Waitress because of a service animal.

15. Plaintiff also told Owner that what he was doing was unlawful but to no avail.

16. Plaintiff took Daughters to their residence about 2.5 miles away and returned to El Fogon.

17. At about 2:06 pm, Plaintiff called the Bettendorf Police Department to report being kicked out of El Fogon because of his service animal.

18. Two Officers arrived and made contact with both parties as documented by Bettendorf Police Department, Incident Report 2025-00009124 (Enclosure 3).

19. Plaintiff left the premises without further incident.

## IV. Relief

1. Within 30 days of the effective date of relief, El Fogon post signs in conspicuous locations on the front door and at the front desk, each of which is at least 8.5 inches x 11 inches, and each of which clearly states "NOTICE: SERVICE ANIMALS WELCOME."

2. Within 30 days of the effective date of relief, El Fogon will adopt the following non-discrimination policy:

   "El Fogon does not discriminate and provides services to persons with disabilities, including persons who use service animals. El Fogon will not refuse to admit a person with a disability because that person uses a service animal, nor will it request documentation concerning the service animal. El Fogon will modify its services as necessary to accommodate individuals with disabilities unless the modification is unreasonable and would fundamentally alter the nature of El Fogon services."

3. El Fogon will maintain and enforce the non-discrimination policy following the effective date of relief. This policy statement will be conspicuously posted at the front desk area visible to customers and staff on at least 8.5 inch x 11 inch sign and El Fogon 's webpage, currently located at https://www.elfogonmexicanbargrill.com/

4. Within 60 days of the effective date of relief and then again one year later, El Fogon will provide the non-discrimination policy to each employee, contractor, staff, and agent (collectively, "Staff"), and discuss with them service animal users and disability discrimination in general, in the language(s) that Staff understand. This discussion will include review of the Department of Justice's technical

Enclosure (2)                                                                                          page 1 of 3

assistance document: *Frequently Asked Questions about Service Animals and the ADA*, available at: https://www.ada.gov/resources/service-animals-faqs/.

5. El Fogon will ensure that all new employees, contractors, and agents receive the non-discrimination policy and have it explained to them in the language(s) they understand within 30 days of their start date. El Fogon will also discuss with them service animal users and disability discrimination in general, in the language(s) that Staff understand. This discussion will include review of the Department of Justice's technical assistance document: *Frequently Asked Questions about Service Animals and the ADA*, available at: https://www.ada.gov/resources/service-animals-faqs/.

6. Receive monetary compensation pursuant to 42 U.S.C. § 12188(b)(2)(B) for the effects of the discrimination and the harm Plaintiff has endured (including emotional distress and pain and suffering) as a result of El Fogon's discriminatory action in the amount of:

   i.   $12,500 donation to Humane Society of Scott County, a local 501(c)(3) non-profit organization where Plaintiff's service animal came from, made on the behalf of El Fogon in support of their non-discrimination policy within 60 days of relief.

   ii.  $2,500 donation to K9 for Warriors, a 501(c)(3) non-profit organization that connects disabled Veterans with a rescued service animal made on the behalf of El Fogon in support of their non-discrimination policy within 30 days of relief.

   iii. Partner on behalf of El Fogon with the Humane Society of Scott County to sponsor a local event in accordance with the Humane Society's sponsorship program approved by Plaintiff within 60 days of relief.

$405 all

iv.    ~~$402~~ filing fee repayment and all future court costs if relief is granted and

within 10 days of relief.

v.    $550 admin costs  (i.e. fuel, mileage, copies, service fee, etc) and all future

admin costs  if relief is granted and within 10 days of relief.

vi.    All attorney fees and/or legal advice fees, if needed, if relief is granted and

within 10 days of relief.

vii.    Any unforeseen legal and admin costs approved by the Court if relief is granted

and within 10 days of relief.



# Incident Report



| | | |
|---|---|---|
| **Print Date/Time:** | 05/30/2025 13:42 | Bettendorf Police Department |
| **Login ID:** | saras | **ORI Number:**   IA0820100 |

**Incident:    2025-00009124**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 4/28/2025 2:05:49 PM | **Incident Type:** | Public Service |
| **Location:** | 4590 WYNDHAM DR | **Venue:** | Bettendorf |
| | BETTENDORF IA 52722 | | |
| **Phone Number:** | | **Source:** | Telephone |
| **Report Required:** | No | **Priority:** | 3 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| BE512 | 4092-Claussen |
| BE515 | 4091-Guffey |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Involved | OROZCO, ROBERTO | 7 BRIARWOOD CHASE BETTENDORF IA 52722 | | White | Male | |
| 2 | Involved | EDDINGFIELD, ADAM LEE | 18301 CRISWELL ST BETTENDORF IA 52722 | | White | Male | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Involved Vehicle | Truck-Pick-up/Panel | 2018 | Chevrolet | Silverado | WHI | | IA |

## Disposition(s)

| Disposition | Count | Date/Time |
|---|---|---|
| HBO | 1 | 04/28/2025 14:30 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Enclosure (3)

**CAD Narrative**

**04/28/2025 : 14:08:03 scec2017 Narrative: POA**
**04/28/2025 : 14:06:54 scec2004 Narrative: 10-17 IN THE PARKING LOT - 2018 WHI CHEV SILVERADO**
**04/28/2025 : 14:06:33 scec2004 Narrative: SAID HE WAS KICKED OUT OF EL FOGON BECAUSE OF HIS SERVICE DOG**

Enclosure (3)

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Adam Lee Eddingfield

**DEFENDANTS**

El Fogon Mexican Bar & Grill

**(b)** County of Residence of First Listed Plaintiff    Scott
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Scott
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se, 4505 PALM DR, Bettendorf, IA 52722
(757)613-4721

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title III of the Americans with Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. § 12181- 12189

Brief description of cause:
Denied goods and services because of disability

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____